

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

DMB:MBM
F.#2010R02203

*271 Cadman Plaza East*
*Brooklyn, New York   11201*

December 16, 2010

<u>VIA ECF AND FEDEX</u>

Kannan Sundaram, Esq.
Federal Defenders
16 Court Street, 3rd Floor
Brooklyn, New York 11241
Tel. (718) 330-1200

      Re:  <u>United States v. Lin Mun Poo</u>
           <u>Criminal Docket No. 10-891 (DLI) (ALC)</u>

Dear Mr. Sundaram:

    In addition to the discovery provided to you on December 2, 2010, the government hereby discloses the following discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  The government reiterates its request for reciprocal discovery.

    Enclosed please find copies of ICQ instant messenger conversations, Bates numbered 1 to 788, which were downloaded from the defendant's hard drive, a duplicate of which was disclosed to you on December 2, 2010.  In addition, please find enclosed three compact discs: Diner Recording 1 and Diner Recording 2, both of which are audio recordings taken by an undercover agent, and Diner Video, which consists of video from the restaurant's surveillance cameras.

    Enclosed please also find enclosed a draft plea agreement.  Please note that the plea agreement expires on January 10, 2010.

                    Sincerely,

                    LORETTA E. LYNCH
                    UNITED STATES ATTORNEY

                    <u>/s/ Melissa B. Marrus</u>
            By: Melissa B. Marrus
                Cristina M. Posa
                Assistant United States Attorneys
                (718) 254-6790/6668

cc:  Clerk of the Court (DLI) via ECF